EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
BETH MAXWELL STRATTON (Cal. Bar No. 138049)
Assistant United States Attorney
JESSICA O. CHEH (Cal. Bar No. 254012)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6828/0886
    Facsimile: (213) 894-7819
    E-mail: beth.stratton@usdoj.gov/jessica.cheh@usdoj.gov

Attorneys for Federal Defendants United States of America, United States Department of Health and Human Services, and the Centers for Medicare and Medicaid Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRANS-AID, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES OF AMERICA DEPARTMENT OF HEALTH AND HUMAN SERVICES, through KATHLEEN SEBELIUS in her capacity as Secretary of the Department of Health and Human Services, CENTERS FOR MEDICARE AND MEDICAID SERVICES, through DONALD BERWICK, MD, in his capacity as Administrator for the Centers for Medicare and Medicaid Services, and JOHN DOES 4-20,<br><br>    Defendants. | DISTRICT COURT CASE NUMBER<br>CV 14-08302 GW(PJWx)<br><br>BANKRUPTCY COURT CASE NUMBER<br>2:11-bk-40246-BR<br><br>ADVERSARY CASE NUMBER<br>2:12-ap-2218-BR<br><br><br>**ORDER DISMISSING ACTION**<br><br><br>Hon. George H. Wu |

1     Based on the joint stipulation of the parties, it is hereby ORDERED that the
2 district court action entitled *Trans-Aid, Inc. v. United States et al.*, CV 14-08302 GW
3 (PJWx), is dismissed with prejudice in its entirety, with each party to bear their own
4 costs of suit and attorneys' fees.

6     SO ORDERED this 12th day of October, 2016.

*[signature]*

GEORGE H. WU
United States District Judge

1